Edward H. Barnett, complainant,

*v.*

Schickerling Products Corporation, defendant.

[Decided September 27th, 1933.]

*Mr. Merritt Lane,* for the complainant.

*Mr. Henry Gottfried, Mr. Frederick J. Israel* and *Mr. Herbert L. Elins,* for the defendant.

Per Curiam.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes, and reported in *112 N. J. Eq. 1.*

*For affirmance*—The Chief-Justice, Trenchard, Parker, Case, Bodine, Donges, Heher, Perskie, Van Buskirk, Kays, Hetfield, Dear, Wells, Dill, JJ. 14.

*For reversal*—None.